# NO. 12-19-00026-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *KENDRICK RYDELL ROBINSON,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

On January 22, 2019, Kendrick Rydell Robinson filed a petition for writ of mandamus to challenge the denial of his pretrial application for writ of habeas corpus under Article 17.151 of the Texas Code of Criminal Procedure.[1]  Relator subsequently filed a motion to dismiss this original proceeding on grounds that the "dispute has been resolved."  Accordingly, we ***grant*** Relator's motion and ***dismiss*** the petition for writ of mandamus.

Opinion delivered January 31, 2019.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)

---

[1] Respondent is the Honorable Edwin A. Klein, Judge of the 420th District Court in Nacogdoches County, Texas.  The State of Texas is the Real Party in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JANUARY 31, 2019**

**NO. 12-19-00026-CR**

**KENDRICK RYDELL ROBINSON,**
Relator
V.

**HON. EDWIN A. KLEIN,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Kendrick Rydell Robinson, who is the relator in cause number 12-19-00026-CR, and the defendant in trial court cause number CF3122019, pending on the docket of the 420th District Court of Nacogdoches County, Texas.  Said petition for writ of mandamus having been filed herein on January 22, 2019, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*